# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY SCOTT, et al.,

    Plaintiff,                  :          Case No. 3:09-cv-147

                                    District Judge Thomas M. Rose
   -vs-                          Magistrate Judge Michael R. Merz

                    :

THOMAS AND KING, INC., etc.,

    Defendant.

## DECISION AND ORDER ON MOTION TO RECONSIDER ORDER TAKE DEPOSITIONS BY TELEPHONE

On Motion of the Defendant for Reconsideration and for good cause shown, to wit, Mr. Scanlon's willingness to come to Dayton, Ohio, to be deposed so that the deposition can be conducted face-to-face, the Court finds that the basis of its Order permitting him to be deposed by telephone has ceased to exist. It is accordingly ordered that the Scanlon deposition be conducted at the office of Plaintiff's counsel in Dayton, Ohio, on March 24, 2010, commencing at 4:00 p.m. and continuing for not more than two hours. This Order is entered after a telephonic hearing on March 11, 2010, in which Mr. Greene, Ms. Colbert, and Ms. Russell participated.

March 12, 2010.

                                                                   s/ **Michael R. Merz**
                                                               United States Magistrate Judge