UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY SCOTT, et al.,

    Plaintiffs,

Case No. 3:09-CV-147

Judge Thomas M. Rose

-v-

THOMAS & KING, INC., d/b/a
APPLEBEE'S NEIGHBORHOOD GRILL
& BAR,

    Defendant.

___

**ENTRY AND ORDER OVERRULING THOMAS & KING'S MOTION
FOR RECONSIDERATION (Doc. #78)**
___

  On June 28, 2010, this Court entered summary judgment in favor of Defendant Thomas & King, Inc., d/b/a Applebee's Neighborhood Grill & Bar ("Thomas & King") on three of four of Plaintiffs' Claims for Relief. (Doc. # 77.) Summary judgment was not granted on Plaintiffs' Second Claim for Relief for "negligence, willful/intentional and/or reckless acts/conduct" because Thomas & King did not offer argument or identify evidence regarding this claim.

  Thomas & King now asks the Court to reconsider its finding that Plaintiffs' negligence claim remains to be adjudicated. Thomas & King argues that it addressed the underlying issue of common law negligence in the section of its Motion for Summary Judgment where it argued against Plaintiff's public policy claim. Thomas & King, however, acknowledges that its failure to separate the public policy and negligence arguments "created some ambiguity regarding its position on any alleged negligence claim by Plaintiffs."

  It is clear (and unambiguous) to the Court from a second and third reading of Thomas & King's Motion for Summary Judgment that Thomas & King never sought summary judgment on

Plaintiffs' negligence claim. The Motion includes specific sections for each of Plaintiffs' claims including a section for a claim that was not made but there is no specific section for a negligence claim. Further, the elements of a negligence claim are not even identified by Thomas & King. Finally, since Thomas & King never sought summary judgment on Plaintiffs' negligence claim, it is not appropriate for Thomas & King to now seek summary judgment because Plaintiffs did not oppose their arguments.

Thomas & King's Motion for Reconsideration (doc. #78) is OVERRULED. Thomas & King has not yet sought summary judgment on Plaintiffs' negligence claim. Should Thomas & King wish to seek summary judgment on Plaintiffs' negligence claim, it may seek leave of Court to do so. Any such request should include a legal basis therefore and the reasons why summary judgment was not sought before the deadline for doing so. At this stage in the proceedings, Plaintiffs' negligence claim remains to be adjudicated.

**DONE** and **ORDERED** in Dayton, Ohio this Ninth Day of July, 2010.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record